JONATHAN CHAMPLIN, Respondent, *v.* THE VILLAGE OF PENN YAN, Appellant.

(Submitted April 16, 1886; decided April 30, 1886.)

*John T. Knox* for appellant.

*John Gillette, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CLARA A. ABBEY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 16, 1886; decided April 30, 1886.)

*Albert H. Harris* for appellant.

*John H. White* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.